UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL MOSCATELLO,

                Plaintiff,

            - against -

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2019

NOTICE OF MOTION

18 Civ. 1395 (BCM)

**MEMO ENDORSED**

      **PLEASE TAKE NOTICE** that upon the accompanying Application for Equal Access to Justice Attorneys' Fees and annexed Affirmation in Support of Shandanette Molnar, and upon all of the previous proceedings and papers filed herein, plaintiff, Michael Moscatello, will move this Court, the Hon. Barbara C. Moses, United States Magistrate Judge, presiding at the United States Courthouse, 500 Pearl Street, New York, New York, at a time to be determined by the Court for an order:

      (1)    Accepting Plaintiff's motion for reasonable attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d);

      (2)    Granting Plaintiff leave to defer filing a memorandum of law in support of his application for EAJA fees for a period of 60 days – until February 21, 2020 – in order to allow the parties an opportunity to reach settlement of the fee issue; and

(3)     For such other and further relief as deemed just and proper by this Court.

Dated:  Bronx, New York                         BRONX LEGAL SERVICES
        December 24, 2019                       Attorneys for Plaintiff

                                            By: /s/ Shandanette Molnar
                                                Shandanette Molnar, of Counsel
                                                349 East 149th Street, 10th Floor
                                                Bronx, New York 10451
                                                Telephone: (718) 928-3675
                                                Fax: (646) 859-8826
                                                Email: smolnar@lsnyc.org

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> December 27, 2019